IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cory, Fannie | Case Number: 07 B 09245 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 12/23/08 | Filed: 5/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 22, 2008
Confirmed: July 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,678.49 | |
| Secured: | | 10,350.23 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,764.00 |
| Trustee Fee: | | 814.72 |
| Other Funds: | | 749.54 |
| Totals: | 14,678.49 | 14,678.49 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,764.00 | 2,764.00 |
| 2. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | World Financial Network Nat'l | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 20,700.81 | 6,341.28 |
| 5. | Specialized Loan Servicing LLC | Secured | 18,032.00 | 4,008.95 |
| 6. | Merrick Bank | Unsecured | 293.85 | 0.00 |
| 7. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 129.01 | 0.00 |
| 8. | Federated Retail Holdings Inc | Unsecured | 46.95 | 0.00 |
| 9. | Verizon Wireless Midwest | Unsecured | 27.61 | 0.00 |
| 10. | Capital One Auto Finance | Unsecured | 52.53 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 55.76 | 0.00 |
| 12. | Capital One | Unsecured | 346.24 | 0.00 |
| 13. | Home Depot | Unsecured | | No Claim Filed |
| 14. | HSBC | Unsecured | | No Claim Filed |
| | | | $ 42,448.76 | $ 13,114.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 448.57 |
| 6.5% | 316.68 |
| 6.6% | 49.47 |
| | $ 814.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Cory, Fannie | Case Number:  07 B 09245 |
| | Judge:  Squires, John H |
| Printed: 12/23/08 | Filed:  5/21/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

